SUSAN. MILLER v. E. T. CLEMMONS.

For syllabus see preceding case.          .          .

CIVIL ACTION, pending in the Superior Court of BUNCOMBE county, heard by *Gudger, Judge,* at Chambers, on September 24th, 1885.

The plaintiff appealed.

*Mr. C. A. Moore,* for the plaintiff.
No counsel for the defendant.

SMITH, C. J.   The facts of this case are essentially the same as those in *West* v. *Reynolds,* preceding, and for.the reason stated in the opinion in that case, it must be ·disposed of in a similar way.   Appeal dismissed.   Let this be certified.

Appeal dismissed: